UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:15-00205 and 3:16-00051 |
| | ) | JUDGE CAMPBELL |
| JOSE MANUEL MOREIRA | ) | |

## ORDER

Pending before the Court are Motions to Continue September 29, 2016 Sentencing and Revocation Hearing (Docket Nos. 18 and 19). The Motions are GRANTED.

The hearing on the Petition in Case No. 3:16-00051 (Docket No. 2-3) alleging violations of Defendant's violation of Conditions of Supervision is CONTINUED to November 17, 2016, at 1:00 p.m. The sentencing hearing in Case No. 3:15-00205 is also CONTINUED to November 17, 2016, at 1:00 p.m.

The Probation Office shall prepare a revised Presentence Report using the guidelines effective November 1, 2016.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE