UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:15-00205 and 3:16-00051 |
| | ) | JUDGE CAMPBELL |
| JOSE MANUEL MOREIRA | ) | |

## ORDER

The above 2 cases are returned to the Clerk of the Court for random reassignment to another judge. The sentencing and revocation hearings scheduled for November 17, 2016, are cancelled and will be reset by the new judge.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE